

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **RACHEL KREUTZER**<br>Labor and Employment Law Division<br>Phone: (212) 356-4083<br>Email:  rkreutze@law.nyc.gov |

October 10, 2023

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

        Re:  *Susan Matthews v. New York City Police Department, et al.*
            Docket No. 1:23-CV-03959 (JF)(SN)

Dear Judge Furman:

       I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants New York City Police Department and Inspector Paul Rasa in the above-referenced matter.  I write to request indefinite adjournment of mediation in this action, pending a decision on Defendants' motion to dismiss the Complaint.  See ECF Dkt. No. 6, 15-17.

       Plaintiff brings this action pursuant to Title VII of the Civil Rights Act of 1964, U.S.C. §§ 2000e-2000e-17 ("Title VII"), the Age Discrimination in Employment Act of 19867, 29 U.S.C. §§ 621-634 ("ADEA"), and New York State Human Rights Law, N.Y. Exec. Law §§ 290-297 ("SHRL") claiming that she was subjected to discrimination on the basis of color, sex, and age.  Plaintiff broadly and vaguely alleges that she was not promoted due to "extreme reverse discrimination," that she was retaliated against, and that she lost what she concedes was merely a probable promotion when she chose to retire in February 2023.

       On May 17, 2023, this case was referred to the Court's Mediation Program.  See ECF Dkt. No. 6.  On August 21, 2023, I submitted Defendants' motion to dismiss.  On September 18, 2023, Plaintiff submitted her Opposition.  Defendants' reply, if any, is due to be served by October 16, 2023.  Further, in accordance with this Court's order of August 21, 2023, Plaintiff does not have any subsequent opportunity to amend her Complaint to address issues raised by the motion to dismiss. See ECF Dkt. No. 18. Accordingly, Defendants request indefinite adjournment of mediation in this action, pending a decision on their motion to dismiss the Complaint.

Defendants thank the Court for its consideration of this matter.

Respectfully submitted,

**[ECF]** /**S**/
Rachel Kreutzer
Assistant Corporation Counsel

TO: Susan Matthews (via email and first-class mail)
Plaintiff Pro Se
111 Mosel Avenue
Staten Island, NY 10304
suzi.tiger@gmail.com

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 21 and to mail a copy of this endorsed letter to Plaintiff.

SO ORDERED.

October 10, 2023