Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2023 OCT 12 PM 2:38

Susan Matthews

Write the full name of each plaintiff or petitioner.

Case No. 1 23 cv 03959 jmf

-against-

NYPD, Paul Rosa

Write the full name of each defendant or respondent.

Letter re: 9/18 - pro se office was charged, delivered opposition to motion to dismiss + amended complaint

On Sept 18, 2023 I & hand delivered several papers amended complaint and opposition of motion to dismiss Sept 18, 2023 Counsel for defendant wrote I did not amend my complaint. The clerk gave me a paper says - Declaration - Sept 18 paper I submitted were my sworn affidavit and emails evidence etc. Counsel and defendants defend that EEOC & Civil Rights & matter and they violated and doesn't matter and minorities should get raises and promotions. Minorities should get raises

Dated 10/12/23

Signature Susan Matthews

Name Susan Matthews

Address 111 Mosel Ave  City Staten Island  State NY  Zip Code 10304

mediation and opportunity /any other should remain available NYPD denial of promotion + raises to white females 929 428 3831

10/12/23

AMENDED COMPLAINT & REBUTTAL TO MOTION TO DISMISS/
SUBMITTED 09/18/23

# Gmail — Susan Matthews <suzi.tiger@gmail.com>

## (no subject)
1 message

**Susan Matthews** <suzi.tiger@gmail.com>  Wed, Oct 11, 2023 at 5:56 PM
To: Susan Matthews <suzi.tiger@gmail.com>

docket 123cv03959  jf sn\\
 Honorable Jesse M. Furman
United States District Judge
United Sttes District Court
Southern District of New York
I FORGOT TO PUT ON PAPERS SUBMITTED SEPT 18 TO PRO SE OFFICE AT 500
PEARL ST THE WORD AMENDED  AND THE CLERK IN ERROR PUT DECLARATION ON
THERE.. WHAT I SUBMITTED WAS AN AMENDED COMPLAINT
I hand delivered my amended complaint on sept 18 to pro se office. I
amended the complaint but Did not label it amended case.I want this
corrected and i informed the pro se office immediately    I am not an
attorney . The papers include amended explanations regarding the
violation of the civil rights act which counsel  interprets what
I wrote as diminished or what I expereinced doesnt really matter
 My amended complaints answers what was asked.  .
She tries to diminish my experience as lies and not important. Her
remarks and insulting comments she istry diminish the illega;lity just
as nypd and inspra rsa live by  and kick the eeoc 1964 law as meaning
nothing have no importance. I ask the judge Furhman to update that this
 case was amended by me and i did not call it that and the person
taking the papers  labeled it it something  a declaration in error . I
spent time making a
sworn affidavit notarizing several important documents such s i sp
rasa email to me in Jan 2021 I was never to write to him again as he
was my assigned supervisor.counsel was not there for 17 years work at
the NYPD . She fails to comprehend that I have submitted
my statements of how this was sxreme   reverse discrimination
;. NYPD in most disgusting way violated civil rights act
completely with constant raises and promotions to staff only based on
candidates  skin color .
She knows b=nothing according to his remarks. I have worked for NC
since 1993. I Know as fact that it is often hard to pass a promotional
exam and subseqywnty  be placed on a list for promotion. about 100% of
the time one makes a number on a list, since it is far and few in
between its a 100% sure thing one will get promoted. Staff, higher
ups are usua;;y happy as it secures the job for employees.See the list
I was 23 in a 25 person list. Had i been informed when my
number came up it's customary to get the promotion.
Counselor Remarks are [ur ignorance and amount same race baiting and
hate mongering. She's Echoing Insp rasa and he still believes he is
doing the right thing. But hes uniformed and he  obeys orders even if
they violate the law. counsel and Inspector disrespect EEOC law.
Counselor is wrong. I submitted an amended rebuttal and it is my
notarized affidavit. Counsel is wrong that I failed to submit, I did
not  that it is the amended rebuttal. please update.so i had several
documents notarized and included other notarized emails .
Counselor fails to comprehend  the the NYPD has a criminal scheme to
carry out reverse discrimination.She  ignored the amended  complaint
and my sworn affidavit and lis that I failed to submit an amended
complaint which is not true. On sept 18 2023 I haND DELIVERED MY
amended complaint to the pro se unit a 500 Pearl st . The pro se clerk
mistakenly labeled it a declaration and I forgot to write amended
complaint however I did notarize several pages making it my sworn

affidavit included evidence such as emails and
I request that a monetary value be negotiated and that counselor request to deny or halt mediation be denied. counselor intention is to continually disparage my pain caused by NYPD actions failure to regard federal EEOC law, intent to deny monetary settlement or halt it. Counsel and inso are both corrupt and in deeply sad denial and uphold a lawless society where federal law should be ignored and has no importance.

I want mediation or settlement to proceed. I request in going forward an equitable and fair monetary solution to the suffering, deception, continuing lies, abuse hostility reverse discrimination, harmful ignorance of EEOC Law humiliation psychological harm which I wrote in detail in my amended complaint. Counsels ridiculous response shockingly says nothing happened to me. though she never worked at NYPD and seems not to understand how ignoring EEOC law is a harmful violation. It is not oh so what she retired anyway. No counsel it is I was forced out and I had no choice. and etc. read the truth and cease from saying its all nothing. because you cannot and refuse to comprehend and you support NYPD violation of EEOC. My amended complaint has my sworn affidavits, and evidence and other items which were submitted by hand at pro se unit 500 Pearl ST. It was missing the title amended complaint only and dont say I failed to amend same.

Application GRANTED. ECF No. 20 is construed as Plaintiff's First Amended Complaint, submitted today by grant of an extension. Accordingly, by **November 3, 2023**, Defendants are directed to (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on their previously filed motion to dismiss (ECF 15).

The Clerk of Court is respectfully directed to terminate ECF No. 15 as moot and to mail a copy of this endorsed letter to Plaintiff.

SO ORDERED.

October 13, 2023
New York, New York

Susan Matthews
10/12/23

amended complaint was on 9/18/23. It was not opposed a motion to Dismiss + a sworn affidavit + amended complaint