**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SUSAN MATTHEWS,

                Plaintiff,

   -against-                                   23 **CIVIL** 3959 (DEH)

                                                     **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2024, Defendants' motion to dismiss Plaintiff's federal claims is GRANTED, with prejudice. Plaintiff's state and city claims are dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:**  New York, New York

      September 10, 2024

                                                            **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                            **BY:**      *K. Mango*

                                                          **Deputy Clerk**